421 A.2d 210

**COMMONWEALTH of Pennsylvania,**

v.

**Kenneth HENKE, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 1, 1980.

Decided Nov. 3, 1980.

James H. McCune, Washington, Samuel J. Reich, Jay H. Spiegel, Pittsburgh, for appellant.

Herman J. Bigi, Dist. Atty., Frank C. Roney, Jr., Asst. Dist. Atty., Daniel L. Chunko, First Asst. Dist. Atty., Janet Moschetta, Washington, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Washington County is affirmed.